## BOOK.

### No. 1.

**WHELPLEY** *against* **HIGLY.** *Rutland,* 1816.

AN order drawn requesting the delivery of a waggon upon a special contract, expressed in the order, as to the time and manner of payment, precludes an action on *book.*

### No. 2.

**HITCHCOCK** *against* **SMITH.** *Rutland,* 1816.

AN action on book will not lie for the use and occupancy of land.

### No. 3.

**AMES ET AL.** *against* **FISHER.** *Windham,* 1817.

ACTION on book; the only charge was, a domestick spinning Jenny, at $60. Court decided that the action could not be maintained.